UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SATYA N. MANDAVILLI, et al.,

    Plaintiffs

vs.                                                                 CIVIL NO. 97-1518 (JP)

NORMAN MALDONADO, et al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: June 6, 2001<br>Docket # 91<br>[X] Plffs  [] Defts  [] Other<br><br>Title: Motion Requesting Order to Compel Compliance with Settlement Agreement and Judgment Entered in Accordance Thereto | **DENIED.** |

Date: 7/19/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: /s/   # 92